# AFFIDAVIT OF SERVICE

INDEX #: 1:24-CV-00303-DNH-CFH
DATE FILED: 3/1/2024
ATTORNEY: BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1155 AVENUE OF THE AMERICAS FLOOR 26 NEW YORK NY 10036 (646)777-0043

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

WE SHIP EXPRESS LLC
Plaintiff(s)

- against -

ADVANCED INFORMATION MANAGEMENT, INC., ET AL.
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 03/04/2024, 03:52PM at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR MONETARY, DECLARATORY, AND INJUNCTIVE RELIEF, EXHIBITS A-B, FILING ORDER AND CIVIL COVER SHEET** upon ADVANCED INFORMATION MANAGEMENT, INC., a defendant in the above captioned matter.

Deponent served **NANCY DOUGHERTY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **60**   Approximate height **5'03"**   Approximate weight **123**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 03/05/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X _____
STEF MARIE

SERVING BY IRVING INC.
18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346