UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**We Ship Express LLC**

CIVIL ACTION NO.: 1:24-CV-303 (DNH/CFH)

**vs**

**Plaintiff**

**Advanced Information Management, Inc., et al.,**

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of Schenectady } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New York,

That on **03/02/2024** at **9:32 AM** at **8 Leonardo Drive, Clifton Park, NY 12065**

deponent served a(n) **Summons in a Civil Action, Civil Cover Sheet, Jury Demand Endorsed Hereon, Verified Complaint for Monetary, Declaratory, and Injunctive Relief with Exhibits A-B, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge**

on **Jeremiah G. Rundell**,

by delivering thereat a true copy of each to **Darcie Rundell (Spouse)** a person of suitable age and discretion who resides here with defendant. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **8 Leonardo Drive, Clifton Park, NY 12065**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **03/02/2024**

<u>Description of Person Served:</u>
Gender: Female
Skin: White
Hair: Brown
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
4th day of March, 2024

_____
Karen E. Rock

NOTARY PUBLIC
Mark E. McClosky
Qualified in Schenectady County
Number 01MC6042335
Expires: May 22, 2026

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160